**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  vs.<br><br><br><br>CARLUS LEE JONES,<br><br>      Defendant. | CR-24-27-GF-BMM<br><br><br><br><br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 25, 2026. (Doc. 43.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on June 24, 2026. (Doc. 42.) The United States accused Carlus Lee Jones (Jones) of violating the conditions of his supervised release by: (1) failing to report to the probation office within 72 hours of his release from custody of the Cascade County Detention Center. (Doc. 32.)

At the revocation hearings, Jones admitted that he had violated condition of his supervised release as set forth in the Petition. (Doc. 42.)

Judge Johnston recommended a sentence until 11:00 a.m. on July 10, 2026, with 30 months of supervised release to follow. Judge Johnston also recommended that Jones reside in a residential re-entry center for a period of 364 days at the direction of his probation officer. (Doc. 43.) The Court advised Jones of his right to appeal and to allocute before the undersigned. He waived those rights. (Doc. 42.)

The violation Jones admitted proves serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 43) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Carlus Lee Jones be sentenced for a term of custody until 11:00

a.m. on July 10, 2026, with 30 months of supervised release to follow. Jones

reside in a residential re-entry center for a period of 364 days at the direction of

his probation officer.

DATED this 25th day of June 2026.


_____
Brian Morris, Chief District Judge
United States District Courts