**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>CARLUS LEE JONES ,<br>Defendant. | CR-24-27-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on November 5, 2026. (Doc. 52.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on October 20, 2026. (Doc. 75.) The United States accused Carlus Lee Jones (Jones) of violating the conditions

of his supervised release by: (1) consuming alcohol on October 27, 2026; and (2) using marijuana on or about October 27, 2026. (Doc. 47.)

At the revocation hearing Jones admitted that he had violated conditions 1 and 2 of the terms and conditions of his supervised release as set forth in the Petition. (Doc. 50.) Judge Johnston recommended that Jones be sentenced to custody until November 24, 2026 at 9:00 a.m. with 28 months of supervised release to follow. Judge Johnston also recommended that as soon as a placement is available, Jones shall reside in a residential re-entry center for a period of up to 364 days at the direction of his probation officer. Jones' supervised release conditions shall include the added condition that Jones take his prescribed mediation. (Doc. 52.) Judge Johnston advised Jones of his right to appeal and allocute before the undersigned. Jones waived those rights. (Doc. 50.)

The violations Jones admitted prove serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 52) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Hunter Jones be sentenced to custody until November 24, 2026 at 9:00 a.m., with 28 months of supervised release to follow. Jones shall reside in a residential re-entry center for a period of up to 364 days at the direction of his

probation officer. Jones' supervised release conditions shall include the added condition that Jones take his prescribed mediation.

DATED this 6th day of November 2026.

Brian Morris, Chief District Judge
United States District Courts